**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE: GENERAC SOLAR POWER SYSTEMS MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3078<br>Master Case No. 23-md-3078 |
| This Document Relates to All Cases | |

**JOINT STIPULATED MOTION FOR PROTECTIVE ORDER**

The parties, by the respective undersigned counsel, hereby respectfully request entry of a Protective Order for the purposes of discovery and trial in this matter pursuant to Federal Rule of Civil Procedure 26 (c) and Eastern District of Wisconsin Local Civil Rule 26(e).

The parties agree that good cause exists for the Court to require a protective order because they anticipate discovery in this case will require disclosure of proprietary information, financial records, trade secrets and other confidential information pertaining to the Parties and potentially of third parties. The parties jointly request that the Court enter the attached proposed Protective Order. The accompanying Protective Order comports with the form prescribed in the Appendix to this Court's Local Rules. The proposed Protective Order will allow the parties to exchange information relevant to the litigation while also imposing appropriate and agreed upon limitations for the disclosure and use of such information by the parties.

No separate brief is provided.

Respectfully submitted this 1st day of September, 2023.

**CROSS LAW FIRM, S.C.**

/s/ Nola J Hitchcock Cross
Nola J. Hitchcock Cross
WI State Bar No. 1015817
Mary C. Flanner
WI State Bar No. 1013095


Cross Law Firm, S.C.
845 North 11th St.
Lawyers' Building
Milwaukee, WI, 53233
Telephone: (414) 224-0000
Facsimile:  (414) 279-7055
Email: njhcross@crosslawfirm.com
Email: mflanner@crosslawfirm.com

*Liaison counsel on behalf of Plaintiffs*


**MAYER BROWN, LLP**

/s/ Michael J. Gill
Michael J. Gill
IL State Bar No. 0957615
Michael A. Olsen
Michael A. Scodro
71 S. Wacker Dr.
Chicago, IL 60606-4637
Telephone: (513) 579-6400
Facsimile: (513) 579-6457
Email: mgill@mayerbrown.com
Email: molsen@mayerbrown.com
Email: mscodro@mayerbrown.com

Elspeth V. Hansen
3000 El Camino Real
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2043
Facsimile: (650) 331-2060
Email: ehansen@mayerbrown.com

*On behalf of Defendants Generac Power
Systems, Inc. and Generac Holdings, Inc.*

2